```
                        United States Bankruptcy Court
                         Western District of Washington
In re:                                                         Case No. 13-16150-MLB
Breast Cancer Prevention Fund                                  Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0981-2          User: ethelb            Page 1 of 2          Date Rcvd: Jul 02, 2013
                              Form ID: b9b            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2013.
db         +Breast Cancer Prevention Fund,    1817 Queen Anne Avenue Suite 206,    Seattle, WA 98109-2876
954606201  +Accessline Communications,    Dept LA 22266,    Pasadena, CA 91185-0001
954606202  +Attorney General of Washington,    Attn: Sarah Shifley,    800 Fifth Ave., Suite 2000,
             Seattle, WA 98104-3188
954606204   CFO to Go Inc.,    18821 102nd Ave NE,    Bothell, WA 98011
954606205  +Coplevitz & Canter, LLC,    Attn Martin McCarthy,    310 W. 20th St., Suite 300,
             Kansas City, MO 64108-2025
954606209  +John R. Tomlinson, Jr.,    Barokas Martin & Tomlinson,    1422 Bellevue Ave.,
             Seattle, WA 98122-3634
954606210  +Judy Eakin,    11550 Stone Avenue N, #305,    Seattle, WA 98133-1515
954606211  +Legacy Telemarketing Corp.,    2401 Hewitt,    Everett, WA 98201-3735
954606213  +Queen Anne Space,    1817 Queen Anne Ave, N, Suite #1,    Seattle, WA 98109-2876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: ajw@seanet.com Jul 02 2013 22:58:45     Alan J Wenokur,    Attorney at Law,
             600 Stewart St Ste 1300,    Seattle, WA  98101
tr         +EDI: QNLJAMES.COM Jul 02 2013 22:48:00     Nancy L James,    15008 63rd Dr SE,
             Snohomish, WA 98296-4213
smg         EDI: WADEPREV.COM Jul 02 2013 22:49:00     State of Washington,    Department of Revenue,
             2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust        +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Jul 02 2013 23:06:01     United States Trustee,
             700 Stewart St Ste 5103,    Seattle, WA 98101-4438
954606203  +E-mail/Text: bklaw2@centurylink.com Jul 03 2013 00:59:36     Century Link,    PO Box 91155,
             Seattle, WA 98111-9255
954606206   EDI: IRS.COM Jul 02 2013 22:48:00     Internal Revenue Service,    Exempt Organizations / Exams,
             915 2nd Ave., M/S W540 RB,    Seattle, WA 98174
954606208   EDI: IRS.COM Jul 02 2013 22:48:00     Internal Revenue Service,    Special Procedures,
             915 2nd Ave., M/S W244,    Seattle, WA 98174
954606207   EDI: IRS.COM Jul 02 2013 22:48:00     Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
954606212*  +Legacy Telemarketing Corp.,    2401 Hewitt,    Everett, WA 98201-3735
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2013**         **Signature:**         _Joseph Speetjens_

```
District/off: 0981-2           User: ethelb              Page 2 of 2               Date Rcvd: Jul 02, 2013
                               Form ID: b9b              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2013 at the address(es) listed below:
              Alan J Wenokur    on behalf of Debtor    Breast Cancer Prevention Fund ajw@seanet.com
              Nancy L James    njames@epitrustee.com,  njames@ecf.epiqsystems.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **July 2, 2013**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Breast Cancer Prevention Fund
1817 Queen Anne Avenue Suite 206
Seattle, WA 98109

| | |
|---|---|
| Case Number: 13–16150–MLB<br>Office Code: 2 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>03–0549678 |
| Attorney for Debtor(s) (name and address):<br>Alan J Wenokur<br>Attorney at Law<br>600 Stewart St Ste 1300<br>Seattle, WA 98101<br>Telephone number: 206–682–6224 | Bankruptcy Trustee (name and address):<br>Nancy L James<br>15008 63rd Dr SE<br>Snohomish, WA 98296<br>Telephone number: 425–485–5541<br>Send 4002 documents to: njames@epitrustee.com |

## Meeting of Creditors

Date: **August 1, 2013**   Time: **02:30 PM**
Location: **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case for action by the U.S. Trustee.

## Creditors May Not Take Certain Actions:

Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206–370–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Marc Barreca. |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: July 2, 2013 |

# EXPLANATIONS

Case Number **13–16150–MLB**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor, or joint Debtor, fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor, or joint Debtor, fails to appear at the meeting of creditors, the U.S. Trustee will apply for an ex parte order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. This is the only notice you will receive of the U.S. Trustee's motion to dismiss the case. If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes (i.e. 14–day deadline or date of the meeting of creditors). |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **Nancy L James** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Mark H Weber, Assistant U.S. Trustee |

Refer to Other Side for Important Deadlines and Notices