1  Scott B. Henrie, WSBA #12673
   Manish Borde, WSBA #39503
2  WILLIAMS, KASTNER & GIBBS PLLC
   601 Union Street, Suite 4100
3  Seattle, WA 98101-2380
   Telephone: (206) 628-6600
4  Fax: (206) 628-6611
   Attorneys for Nancy L. James, Chapter 7
5  Trustee

The Honorable Marc L. Barreca
Chapter 7
Hearing Date: November 27, 2017
Time: 1:30 PM

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

BREAST CANCER PREVENTION FUND

Debtor.

NO. 13-16150 MLB

DECLARATION OF MANISH BORDE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH THE PATON DEFENDANTS, CLARK NUBER, P.S., AND THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, AND FOR ORDER REGARDING DISBURSEMENT OF SETTLEMENT PROCEEDS TO PAY CONTINGENCY FEE TO WILLIAMS KASTNER

I, Manish Borde, say:

1. I am an equity Member of Williams Kastner. I am one of the attorneys for Nancy L. James, the Chapter 7 Trustee ("Trustee") for the Estate of Breast Cancer Prevention Fund. I have personal knowledge of the facts set forth herein and make this declaration in support of the Trustee's Motion to Approve Compromise with the Paton Defendants, Clark

DECLARATION OF MANISH BORDE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH THE PATON DEFENDANTS, CLARK NUBER, P.S., AND THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, AND FOR ORDER REGARDING DISBURSEMENT OF SETTLEMENT PROCEEDS TO PAY CONTI - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6222589.1

Case 13-16150-MLB    Doc 325    Filed 11/03/17    Ent. 11/03/17 16:37:06    Pg. 1 of 4

1 | Nuber, P.S., and the Washington State Office of the Attorney General, and for Order
2 | Regarding Disbursement of Settlement Proceeds to Pay Contingency Fee to Williams Kastner.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Trustee's settlement agreement with James C. Paton, Jeanne Paton, the Patons' marital community, Legacy Telemarketing Corporation, the Shirehaven Trust, Paton Properties LLC, and Shirehaven 42 LLC, a Delaware limited liability company.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Trustee's settlement agreement with Clark Nuber, P.S.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Trustee's settlement agreement with the Washington State Office of the Attorney General.

5. Williams Kastner expended no less than $1,516,446 in time valued at the firm's standard hourly rates on this case. This amount of time does not reflect the many hours of prior investigation that took place before Williams Kastner agreed to handle this matter on a contingent basis and began to record time to the file. Williams Kastner took on considerable risk to handle this matter and took on the addition risk to advance substantial credit to the BCPF bankruptcy estate to cover hard litigation costs and expenses. While the firm was periodically reimbursed for costs and expenses, such reimbursement was subject to the risk of disgorgement should the case have been lost and had the estate proven to be administratively insolvent.

DECLARATION OF MANISH BORDE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH THE PATON DEFENDANTS, CLARK NUBER, P.S., AND THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, AND FOR ORDER REGARDING DISBURSEMENT OF SETTLEMENT PROCEEDS TO PAY CONTI - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6222589.1

Case 13-16150-MLB    Doc 325    Filed 11/03/17    Ent. 11/03/17 16:37:06    Pg. 2 of 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of November, 2017.

/s/ Manish Borde
Manish Borde, WSBA #39503
Attorneys for Nancy L. James, Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
mborde@williamskastner.com

DECLARATION OF MANISH BORDE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH THE PATON DEFENDANTS, CLARK NUBER, P.S., AND THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, AND FOR ORDER REGARDING DISBURSEMENT OF SETTLEMENT PROCEEDS TO PAY CONTI - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6222589.1

PROOF OF FILING

The undersigned hereby certifies that on November 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 3rd day of November, 2017.

/s/ Scott B. Henrie
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Nancy L. James, Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

DECLARATION OF MANISH BORDE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH THE PATON DEFENDANTS, CLARK NUBER, P.S., AND THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, AND FOR ORDER REGARDING DISBURSEMENT OF SETTLEMENT PROCEEDS TO PAY CONTI - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6222589.1