Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Nancy L. James, Chapter 7 Trustee

The Honorable Marc L. Barreca
Chapter 7
Hearing Date: November 27, 2017
Time: 1:30 p.m.
Location: Courtroom 7106
Response Due: November 20, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

BREAST CANCER PREVENTION FUND

Debtor.

NO. 13-16150 MLB

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES

## I. INTRODUCTION

Nancy L. James, in her capacity as Chapter 7 trustee for the bankruptcy estate of Breast Cancer Prevention Fund (the "Trustee"), respectfully requests an Order authorizing her to reimburse Williams, Kastner & Gibbs, PLLC ("Williams Kastner") for litigation costs incurred by the firm pursuant to the Order Approving Employment of Williams, Kastner & Gibbs PLLC As Special Litigation Counsel For Trustee Pursuant to Contingency Fee Agreement (Dkt. No. 78) and Order Granting Trustee's Motion for Clarification of Order Approving Employment and Fee Agreement (Dkt. No. 121).

The Trustee seeks an Order authorizing her to reimburse Williams Kastner **$98,288.84** for costs incurred in connection with Adversary Case No. 2:15-cv-01914-RSL (formerly Adversary Case No. 15-01164-MLB) (the "Adversary Case") and Case No. 13-16150 MLB (the "Objection to the Washington State Attorney General Claim Case"). These sums are costs incurred by Williams Kastner including sums paid by Williams Kastner to the Trustee's expert witnesses and outside vendors through –

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

Case 13-16150-MLB    Doc 327    Filed 11/03/17    Ent. 11/03/17 16:46:38    Pg. 1 of 12

November 2, 2017[1].

To date, Williams Kastner has been paid previous cost reimbursement totaling $210,890.42 in two prior disbursement orders ($42,107.60 +$168,782.82). Separately pending before the Court is the Trustee's application to approve settlement agreements which, if approved, will result in settlement proceeds of $3.1 Million in cash and a secured promissory note for $2.1 Million for a total settlement of $5.2 Million. The cash receipts from the settlement will be the source of payment for the cost reimbursement sought herein.

## II. BACKGROUND

A. <u>Procedural history of the main bankruptcy case.</u>

The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on July 2, 2013.[2] On June 12, 2014, the Trustee filed a Motion for a Final Order Allowing Claims and Partial Disbursement.[3] At the time that motion was filed, the estate held approximately $400,000.[4]

On January 22, 2015, the Trustee filed her Application to Employ Williams, Kastner & Gibbs PLLC as Special Litigation Counsel for the Trustee and Approving Contingency Fee Agreement.[5] On February 20, 2015, the Court entered its Order Approving Employment of Williams, Kastner & Gibbs PLLC As Special Litigation Counsel For Trustee Pursuant to Contingency Fee Agreement (Dkt. No. 78). The contingency fee agreement approved by the Court provides that the Trustee will reimburse Williams Kastner for all out-of-pocket expenses incurred in the course of the litigation.[6]

On December 18, 2015, the Court entered its Order Granting Trustee's Motion for Clarification of Order Approving Employment and Fee Agreement (Dkt. No. 121). The December 18th Order

---

[1] Invoice for costs with detail is attached as Appendix A.
[2] Dkt. No. 1.
[3] Dkt. No. 44.
[4] Dkt. No. 44 at 1:15.
[5] Dkt. No. 63.
[6] Dkt. No. 78 at 4.

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

expressly provides that the terms of the contingency fee agreement approved by the Court's February 20th Order shall apply to the estate's claims against Clark Nuber, P.S.

On February 17, 2016, the Trustee filed her first Motion for An Order Authorizing Trustee to Pay Administrative Expenses.[7] The motion sought reimbursement of costs incurred by Williams Kastner in connection with the Adversary Case, including costs associated with the retention of expert witnesses. The motion was granted and the Court entered its Order Authorizing Trustee to Pay Administrative Expenses on March 14, 2016.[8] The Trustee was authorized to, and did, disburse $42,107.60 to Williams Kastner.[9]

On May 3, 2016, the Trustee filed her Motion for a Second Order Authorizing Trustee to Pay Administrative Expenses ("May 3rd Motion").[10] At that time, the Trustee sought to reimburse Williams Kastner $79,882.26 for expenses incurred following the filing of the February 17th motion. That application was denied without prejudice.

On November 11, 2016, the Trustee filed her Motion for a Third Order Authorizing Trustee to Pay Administrative Expenses ("November 11 Motion").[11] At that time, the Trustee sought to reimburse Williams Kastner for $168,782.82 in additional expenses incurred through September 30, 2016. The Trustee was authorized to, and did disburse $168,782.82 to Williams Kastner pursuant to the court's order dated December 2, 2016.[12] The sums paid were explicitly subject to potential disgorgement under the terms of the Court's Order.

B.   Status of the Adversary Case.

The parties have arrived at a settlement with Paton and his entities, Clark Nuber, P.S. and the Washington State Office of the Attorney General.

---

[7] Dkt. No. 122.
[8] Dkt. No. 127.
[9] Dkt. No. 127.
[10] Dkt. No. 131.
[11] Dkt. No. 156.
[12] Dkt No. 175.

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

## III. AUTHORITY & ARGUMENT

A. <u>The expenses were actual and necessary under Section 330 of the Bankruptcy Code.</u>

Williams Kastner seeks reimbursement for payments made to expert witnesses, court reporters, witness fees, mediation fees, online research, copies and other costs all as summarized in the invoice appended to this application. Section 330(a)(1)(B) authorizes the reimbursement of estate professionals for their actual and necessary expenses. "Expenses are deemed 'actual' when they are in fact incurred rather than based upon guesswork, formula or pro rata allocation, and when they are obviously attributable to a bankruptcy client." 3 Collier on Bankruptcy ¶ 330.04[1], p. 330-57 (16th ed.) (internal citations omitted). "Expenses are 'necessary' when incurred if they were properly required to accomplish the task for which the professional was employed." 3 Collier on Bankruptcy ¶ 330.04[1], p. 330-57 (16th ed.) (internal citations omitted).

Williams Kastner was employed to pursue claims against Paton, his entities, and Clark Nuber. The Trustee contends that Paton breached his fiduciary duties to the Debtor. This included operating BCPF for his private benefit. The Trustee contends that Clark Nuber was negligent and grossly negligent in the services it provided to the Debtor, and facilitated Paton's scheme. The Trustee has now reached settlement agreements with these parties and with Washington State Office of the Attorney General pending the Court's approval. The proceeds of those settlement agreements, if approved, will be the source of the funds necessary for payment.

## IV. CONCLUSION

For the foregoing reasons, Williams Kastner respectfully requests the Court order reimbursement to the firm of the expenses identified in the invoice appended to this application in the amount of $98,288.84.

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

DATED this 3RD day of November, 2017.

/s/ Scott B. Henrie
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Nancy L. James, Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

Case 13-16150-MLB    Doc 327    Filed 11/03/17    Ent. 11/03/17 16:46:38    Pg. 5 of 12

## PROOF OF FILING

The undersigned hereby certifies that on November 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 3RD day of November, 2017.

/s/ Scott B. Henrie
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Nancy L. James, Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6231574.2

Case 13-16150-MLB    Doc 327    Filed 11/03/17    Ent. 11/03/17 16:46:38    Pg. 6 of 12



**WILLIAMS KASTNER**
SEATTLE PORTLAND

Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

---

Nancy L. James, Chapter 7 Trustee
for the Bankruptcy Estate of Breast Cancer Prevention Fund
15008 63rd Drive SE
Snohomish, WA 98296

CLIENT NO. 29457
MATTER NO. 0101

November 2, 2017
INVOICE #: 560871

MATTER NAME: Special Litigation Counsel for Nancy L. James, Chapter 7 Trustee for the Bankruptcy Estate of Breast Cancer Prevention Fund

DISBURSEMENTS THROUGH 10/31/17

| Date | Description | Amount |
|---|---|---|
| 02/06/16 | PAYEE: Chase Card Services (2281); REQUEST#: 221976; DATE: 2/26/2016. - Chase CC 2281 TB 01/17/16-02/16/16 - John Wiley & Sons #88 | 354.47 |
| 02/18/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 221943; DATE: 2/24/2016. - deposition of Tracy Vincent and Jerri Wood. Original and certified copies of the deposition transcripts | 1,387.03 |
| 02/18/16 | VENDOR: Teris LLC; INVOICE#: SEA38059; DATE: 2/18/2016 - Scanning | 229.37 |
| 02/22/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 222193; DATE: 3/11/2016. - deposition of James Sheehan | 1,801.66 |
| 03/04/16 | PAYEE: Borde, Manish; REQUEST#: 222127; DATE: 3/9/2016. - Car rental, trip to Colorado for interview with M Moore | 328.29 |
| 03/04/16 | PAYEE: Borde, Manish; REQUEST#: 222127; DATE: 3/9/2016. - Parking, trip to Colorado for interview with M Moore | 56.00 |
| 03/04/16 | PAYEE: Borde, Manish; REQUEST#: 222127; DATE: 3/9/2016. - Airfare, trip to Colorado for interview with M Moore | 946.20 |
| 03/04/16 | PAYEE: Borde, Manish; REQUEST#: 222127; DATE: 3/9/2016. - Lodging & meals, trip to Colorado for interview with M Moore | 364.33 |
| 03/10/16 | PAYEE: First American Title Company; REQUEST#: 222178; DATE: 3/10/2016. - Lien and Encumberance Report (2016) | 162.15 |
| 03/10/16 | PAYEE: Borde, Manish; REQUEST#: 222223; DATE: 3/14/2016. - lunch meeting with expert | 43.06 |
| 03/21/16 | PAYEE: Teris LLC; REQUEST#: 222739; DATE: 4/12/2016. - legal copy services for scanning, bates numbering and OCR of BCPF_WKG produced documents (split biling - 1/3 cost) | 1,597.18 |
| 03/21/16 | PAYEE: Cencak, Daniel J.; REQUEST#: 223044; DATE: 4/28/2016. - Prof service 03/10-21/2016 | 940.55 |
| 03/22/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Mileage (122.8 miles @ 0.54), travel to Olympia WA to meet with Secretary of State | 66.31 |
| 03/25/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Car rental, travel to Las Vegas to meet with Expert, Gregg Carlson | 92.02 |
| 03/25/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Parking, travel to Las Vegas to meet with Expert, Gregg Carlson | 5.00 |
| 03/25/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Parking, travel to Las Vegas to meet with Expert, Gregg Carlson | 28.00 |

**Payment due upon receipt of invoice.**
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.

**APPENDIX A**



Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

PAGE 2

CLIENT NO. 29457
MATTER NO. 0101
INVOICE #: 560871

Nancy L. James, Chapter 7 Trustee

DISBURSEMENTS THROUGH 10/31/17

| Date | Description | Amount |
|---|---|---|
| 03/25/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Airfare, travel to Las Vegas to meet with Expert, Gregg Carlson | 421.10 |
| 03/25/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - Lodging & Meals, travel to Las Vegas to meet with Expert, Gregg Carlson | 103.94 |
| 03/29/16 | PAYEE: Borde, Manish; REQUEST#: 222699; DATE: 4/8/2016. - lunch with experts | 84.72 |
| 03/29/16 | PAYEE: Borde, Manish; REQUEST#: 222942; DATE: 4/25/2016. - lunch meeting with experts - Fox & Company and Bruggeman & Johnson 03/29/2016 | 84.72 |
| 04/05/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 222704; DATE: 4/8/2016. - Joyce Bottenberg deposition | 2,055.80 |
| 04/21/16 | PAYEE: Zurn, RPR, Debbie; REQUEST#: 222920; DATE: 4/21/2016. - transcript of hearing and oral argument on 04/19/2016 | 161.50 |
| 04/25/16 | PAYEE: Borde, Manish; REQUEST#: 223324; DATE: 5/11/2016. - Parking for deposition Carl Hu 04/25/2016 | 23.00 |
| 04/29/16 | PAYEE: Seattle Depostion Reporters; REQUEST#: 223193; DATE: 5/5/2016. - transcript of Judy Eakin 04/22/2016 | 938.50 |
| 05/05/16 | PAYEE: RT Legal Services; REQUEST#: 223228; DATE: 5/6/2016. - Obainting copies of Articles of Incorporation from WA SOS | 80.00 |
| 05/05/16 | PAYEE: Seattle Depostion Reporters; REQUEST#: 223821; DATE: 6/6/2016. - Carl Hu Scanned Exhibits | 168.50 |
| 05/20/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 223544; DATE: 5/23/2016. - Deposition of James C Paton taken 05/06/2016 | 1,631.50 |
| 06/02/16 | VENDOR: Depo International, LLC; INVOICE#: 27349; DATE: 6/2/2016 - deposition of April Buffer | 306.15 |
| 06/08/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 78440; DATE: 6/8/2016 - transcript of James C. Paton Vol 2 and exhibits | 314.60 |
| 06/09/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 78457; DATE: 6/9/2016 - transcipt of James C Paton Vol 2 and Exhibits | 671.90 |
| 06/16/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225803; DATE: 9/16/2016. - deposition of Matthew G Medlin and exhibits taken 06/01/2016 | 1,509.45 |
| 06/20/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 78691; DATE: 6/20/2016 - Court appearance and transcript Michelle R Winchell 05/24/2016 | 735.30 |
| 06/23/16 | VENDOR: Puget Sound Dispatch LLC; INVOICE#: 2093203; DATE: 6/23/2016 - Taxi | 70.60 |
| 06/29/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 78999; DATE: 6/29/2016 - video deposition of Victoria Kitts | 1,005.00 |

Payment due upon receipt of invoice.
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.



Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

PAGE 3

CLIENT NO.   29457
MATTER NO.   0101
INVOICE #:   560871

Nancy L. James, Chapter 7 Trustee

DISBURSEMENTS THROUGH 10/31/17

| Date | Description | Amount |
|---|---|---:|
| 06/30/16 | VENDOR: Brueggeman & Johnson Yeanoplos PC; INVOICE#: 12274; DATE: 6/30/2016 - prof service 06/02/2016-06/29/2016 | 1,050.50 |
| 07/01/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 224505; DATE: 7/7/2016. - appearance, transcript and exhibits - Jeff Cunningham | 1,698.50 |
| 07/06/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79132; DATE: 7/6/2016 - vido services for deposition of Sara Hyre | 796.00 |
| 07/07/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79178; DATE: 7/7/2016 - deposition of Kathryn Ong and exhibits | 1,496.20 |
| 07/11/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79254; DATE: 7/11/2016 - Victoria Kitts | 1,824.15 |
| 07/13/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79296; DATE: 7/13/2016 - deposition of Sara Hyre | 1,300.20 |
| 07/15/16 | PAYEE: Heath, Mary; REQUEST#: 224674; DATE: 7/15/2016. - Witness/mileage fee | 51.00 |
| 07/22/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79501; DATE: 7/22/2016 - Krista Connell deposition transcript | 423.90 |
| 07/25/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 79511; DATE: 7/25/2016 - Jerilyn Cederberg deposition | 610.65 |
| 07/25/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 224877; DATE: 7/27/2016. - Victoria Kitts Deposition Vol 2 | 182.15 |
| 07/31/16 | VENDOR: Brueggeman & Johnson Yeanoplos PC; INVOICE#: 12344; DATE: 7/31/2016 - Prof services 07/01/2016-07/22/2016 | 16,076.50 |
| 08/08/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225107; DATE: 8/9/2016. - Exhibit Scanning George L Johnson | 97.90 |
| 08/08/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225650; DATE: 9/11/2016. - appearance and transcript of deposition of Mary Heth and exhibits, and rough draft transcript 07/18/2016 | 1,002.05 |
| 08/08/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225651; DATE: 9/11/2016. - transcript of deposition of Kathy Webber and exhibitis 07/16/2016 | 192.10 |
| 08/09/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225108; DATE: 8/9/2016. - Transcript and Exhibits - Deposition of George Fox | 731.65 |
| 08/10/16 | PAYEE: Carlson Fundraising, LLC; REQUEST#: 227875; DATE: 1/5/2017. - Expert Services 08/10/2016 | 509.94 |
| 08/11/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225777; DATE: 9/15/2016. - deposition of Matthew G Medline 07/21/2016 | 342.40 |
| 08/18/16 | PAYEE: Charles Fisher Court Reporting, Inc.; REQUEST#: 225300; DATE: 8/19/2016. - deposition of Jennett Rojas | 163.80 |

**Payment due upon receipt of invoice.**
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.



Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

PAGE 4

CLIENT NO.   29457
MATTER NO.   0101
INVOICE #:   560871

Nancy L. James, Chapter 7 Trustee

DISBURSEMENTS THROUGH 10/31/17

| Date | Description | Amount |
|---|---|---:|
| 08/18/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 80150; DATE: 8/18/2016 - transcript of Nadene Remmers Gardner | 412.00 |
| 09/08/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 225652; DATE: 9/11/2016. - videoconference room rental for deposition 07/18/2016 | 1,406.25 |
| 09/15/16 | PAYEE: Depo International, LLC; REQUEST#: 226355; DATE: 10/18/2016. - electroinic copy of transcript of Gregg Carlson | 541.55 |
| 10/31/16 | VENDOR: Brueggeman & Johnson Yeanoplos PC; INVOICE#: 12549; DATE: 10/31/2016 - Prof service 10/05/2016 | 350.00 |
| 11/16/16 | PAYEE: San Juan Title, LLC; REQUEST#: 226949; DATE: 11/16/2016. - Lien and Euncumbrance Report (Nov 2016) | 162.15 |
| 11/21/16 | PAYEE: Henrie, Scott B.; REQUEST#: 227719; DATE: 12/23/2016. - lunch with Manish Borde and Margaret Duncan during mediation | 26.82 |
| 12/12/16 | VENDOR: Yamaguchi Obien Mangio LLC; INVOICE#: 82859; DATE: 12/12/2016 - video depo Joyce Lee | 1,035.00 |
| 12/13/16 | PAYEE: First American Title Company; REQUEST#: 227527; DATE: 12/14/2016. - Lien and Encumbrance Report 2401 Hewitt Ave, Everett (Dec 2016) | 163.80 |
| 12/14/16 | PAYEE: First American Title Company; REQUEST#: 227528; DATE: 12/14/2016. - Lien and Encumbrance Report - 2310 47th Ave SW (Dec 2016) | 82.20 |
| 12/15/16 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 227684; DATE: 12/23/2016. - attendance at deposition of Joyce Lee | 487.50 |
| 12/19/16 | PAYEE: Hillis Clark Martin & Peterson; REQUEST#: 227685; DATE: 12/23/2016. - Mediation 33.33% | 4,929.16 |
| 01/10/17 | VENDOR: Chase Card Services -2281; INVOICE#: 1122514; DATE: 1/10/2017 - Litigation Services 01/10/2017 expert's trial transcript | 337.50 |
| 01/19/17 | PAYEE: Yamaguchi Obien Mangio LLC; REQUEST#: 228347; DATE: 1/25/2017. - deposition of Joyce Lee taken 12/07/2016 | 1,421.00 |
| 06/23/17 | PAYEE: Norelius, Kristine; REQUEST#: 231618; DATE: 6/23/2017. - Witness/Mileage Fee | 108.69 |
| 06/23/17 | PAYEE: Ahroni, Ken; REQUEST#: 231619; DATE: 6/23/2017. - Witness/Mileage Fee | 51.24 |
| 06/23/17 | PAYEE: Ly, Helen; REQUEST#: 231620; DATE: 6/23/2017. - Witness/Mileage Fee | 61.40 |
| 06/23/17 | PAYEE: Coan, Natalie; REQUEST#: 231621; DATE: 6/23/2017. - Witness/Mileage Fee | 64.61 |
| 06/23/17 | PAYEE: Dittmar, Kelly; REQUEST#: 231627; DATE: 6/23/2017. - Witness/Mileage Fee | 80.66 |

Payment due upon receipt of invoice.
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.



WILLIAMS KASTNER

Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

PAGE 5

CLIENT NO.   29457
MATTER NO.   0101
INVOICE #:   560871

Nancy L. James, Chapter 7 Trustee

DISBURSEMENTS THROUGH 10/31/17

| Date | Description | Amount |
|---|---|---:|
| 06/23/17 | PAYEE: Otness, Joanne; REQUEST#: 231628; DATE: 6/23/2017. - Witness/Mileage Fee | 59.26 |
| 06/27/17 | PAYEE: Eakin, Judy; REQUEST#: 231662; DATE: 6/27/2017. - witness/mileage fee | 74.24 |
| 06/27/17 | PAYEE: Henrie, Scott B.; REQUEST#: 231690; DATE: 6/27/2017. - parking at Attorney General's office for deposition of Marybeth Haggerty-Shaw 06/19/2017 | 21.00 |
| 06/28/17 | PAYEE: Cunningham, Jeff; REQUEST#: 231706; DATE: 6/28/2017. - witness/mileage fee | 78.52 |
| 06/28/17 | PAYEE: Webber, Kathy; REQUEST#: 231738; DATE: 6/28/2017. - witness/mileage fee | 69.96 |
| 07/10/17 | VENDOR: Seattle Deposition Reporters; INVOICE#: 65231; DATE: 7/10/2017 - transcript | 731.15 |
| 07/12/17 | PAYEE: Moored, Patrick; REQUEST#: 231981; DATE: 7/12/2017. - witness/mileage fee - trial subpoena | 114.15 |
| 07/12/17 | PAYEE: Doyle, Debra; REQUEST#: 231989; DATE: 7/12/2017. - witness/mileage fee - trial subpoena | 45.35 |
| 07/20/17 | VENDOR: Seattle Deposition Reporters; INVOICE#: 65490; DATE: 7/20/2017 - transcript | 1,283.80 |
| 07/21/17 | VENDOR: Baluster Discovery LLC; INVOICE#: 88909; DATE: 7/21/2017 - oversize copies | 96.54 |
| 07/30/17 | VENDOR: Carlson Fundraising, LLC; INVOICE#: 0730/2017; DATE: 7/30/2017 - prof servical 07/18/2017 | 625.00 |
| 07/31/17 | VENDOR: Equitas P.C.; INVOICE#: 10023; DATE: 7/31/2017 - teleconference 07/11/2017 | 90.00 |
| 08/21/17 | Cancellation of: PAYEE: Cunningham, Jeff; REQUEST#: 231706; DATE: 6/28/2017. - witness/mileage fee | -78.52 |
| 08/21/17 | Cancellation of: PAYEE: Doyle, Debra; REQUEST#: 231989; DATE: 7/12/2017. - witness/mileage fee - trial subpoena | -45.35 |
| 10/23/17 | PAYEE: Bottenberg, Joyce; REQUEST#: 234069; DATE: 10/23/2017. - witness/mileage fee for evidentiary hearing | 62.47 |
| 10/24/17 | PAYEE: Sheehan, James; REQUEST#: 234083; DATE: 10/24/2017. - witness/mileage fee | 66.75 |
| 10/31/17 | PAYEE: Equitas P.C.; REQUEST#: 234260; DATE: 11/1/2017. - teleconference 10/18/2017 | 90.00 |
| 10/31/17 | PAYEE: Hillis Clark Martin & Peterson; REQUEST#: 234261; DATE: 11/1/2017. - mediation January 2017 - October 2017 | 11,050.00 |

**Payment due upon receipt of invoice.**
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.



Williams, Kastner & Gibbs PLLC
P.O. Box 21926
Seattle, Washington 98111-3926
Telephone (206) 628-6600

TAX ID# 91-0208860

PAGE 6

CLIENT NO. 29457
MATTER NO. 0101
INVOICE #: 560871

Nancy L. James, Chapter 7 Trustee

DISBURSEMENTS THROUGH 10/31/17

| | |
|---|---:|
| Photocopies (52474 pages @$0.15/page) | 7,871.10 |
| Color Photocopies (2112 pages @$0.89/page) | 1,879.68 |
| On-Line Research | 12,044.48 |
| Messenger : Serve/Deliver Documents | 535.00 |
| Process Service | 1,916.74 |
| Electronic Reproduction (2130 pages @ $0.15 per page) | 319.50 |
| Special Postage | 25.84 |
| Parking | 65.00 |
| Long Distance and Other Toll Phone Charges | 62.65 |
| Overnight delivery charges | 95.51 |

CURRENT DISBURSEMENTS $98,288.84

TOTAL AMOUNT DUE THIS INVOICE $98,288.84

*If paying by credit card, we are passing through a processing charge of 3.14% which will be $3,086.27*

**Payment due upon receipt of invoice.**
This invoice does not include expense items for which we have not yet been billed.
Interest will accrue at the rate of 1.5% per month on unpaid invoices after 30 days.
Please indicate our invoice number on your check when making payment.