UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>BREAST CANCER PREVENTION FUND<br><br>Debtor. | NO. 13-16150 MLB<br><br>ORDER GRANTING WILLIAMS KASTNER & GIBBS PLLC'S FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES |

THIS MATTER, having come before the Court on Williams, Kastner & Gibbs PLLC's Final Application for Reimbursement of Expenses of $ 98,288.84, and the Court having reviewed all documents submitted in support of and in opposition to said application, and having reviewed the records and files herein, the Court finds that the application should be granted. Now, therefore, it is hereby

ORDERED that the Final Application for Reimbursement of Expenses is GRANTED.

The Trustee is authorized to disburse to Williams, Kastner & Gibb's PLLC the amount of $ 98,288.84 or _____ from unencumbered funds of the estate.

/ / / END OF ORDER / / /

ORDER GRANTING WILLIAMS KASTNER & GIBBS PLLC'S
FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6232046.1

Case 13-16150-MLB    Doc 327-1    Filed 11/03/17    Ent. 11/03/17 16:46:38    Pg. 1 of 2

PRESENTED BY:

/s/ Scott B. Henrie, WSBA #12673
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Nancy L. James, Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

ORDER GRANTING WILLIAMS KASTNER & GIBBS PLLC'S
FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6232046.1